**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Kevin Louis Camel
Cox, Cox, Filo, Camel
723 Broad St.
Lake Charles LA 70601

Jerry Lytel Lavespere, Jr.
Attorney at Law
1805 Jackson St.
Alexandria LA 71301

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on August 23, 2023

**REHEARING ACTION: August 23, 2023**

**Docket Number: 23   00288-CW**

**TUTTLE CRAIG**
**VERSUS**
**WENDY LEE PETRE DEAL**

**Writ Application from Rapides Parish Case No. 271,731**

**BEFORE JUDGES:**

  **Hon. Jonathan W. Perry**
  **Hon. Ledricka J. Thierry**
  **Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Tuttle Craig** has this day been

   **DENIED.**

cc: David Finley Butterfield, Counsel for  the Respondent